HENRIETTA KIRCHES, Respondent, v. BROOKLYN AND QUEENS TRANSIT CORPORATION, Appellant. HENRY KIRCHES, Respondent, v. BROOKLYN AND QUEENS TRANSIT CORPORATION, Appellant.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Young, Hagarty, Scudder and Davis, JJ.

RAY KOSSOY, as Executrix under the Last Will and Testament of BARNETT SHURE, etc., Deceased, Appellant, v. THE EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Hagarty, Scudder and Davis, JJ.

THERESE LICHTIE, Respondent, v. JAMES J. McCANN and MARY E. McCANN, His Wife, Appellants.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Hagarty, Scudder and Davis, JJ.

AGNES PARKS, Respondent, v. BOWMAN BILTMORE HOTELS CORPORATION, Appellant, and Another, Defendant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Hagarty, Scudder and Davis, JJ.

RAFFAELA TESAURO, Respondent, v. METROPOLITAN LIFE INSURANCE COMPANY, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Hagarty, Scudder and Davis, JJ.

JOHN W. TRAVIS, Respondent, v. EUGENE SMITH, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Hagarty, Scudder and Davis, JJ.

WINTHROP M. TUTTLE, and BROOKLYN TRUST COMPANY and Others, Trustees of the Estate of FRANK D. TUTTLE, Deceased, Appellants, v. LUZERNE COAL CORPORATION and BURNS BROS., Respondents.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Young, Hagarty, Scudder and Davis, JJ.; Lazansky, P. J., not voting.

BELLE CROFT GREENHOUSES, INC., Appellant, v. KNUD A. NISSEN, Respondent.— Judgment of the County Court of Suffolk county unanimously affirmed, with costs, pursuant to the provisions of section 106 of the Civil Practice Act. Present — Young, Hagarty, Carswell, Scudder and Davis, JJ.

MORRIS BLEICHMAN, Appellant, v. MAX LEVY, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Tompkins, JJ.

HARRY BRAM, Appellant, v. JACOB A. GETTENBERG and Another, Defendants, Impleaded with JAMES A. McQUADE, Individually and as Sheriff of the County of Kings, State of New York, and Another, Respondents.— Order and judgment unanimously affirmed, with ten dollars costs and disbursements. No opinion. Present — Lazansky, P. J., Young, Kapper, Tompkins and Davis, JJ.

WINFIELD B. BUMSTEAD, Respondent, v. SOUTH SHORE MOTOR TRANSPORTATION Co., INC., and Another, Appellants.— Judgment and order denying on reargument defendants' motion to set aside the verdict unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Tompkins, JJ.